UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| BRANDON ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 4:19-CV-28-TLS-JEM |
| | ) | |
| BOARD OF TRUSTEES OF PURDUE | ) | |
| UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY INTERIM DEADLINES**

Defendant The Trustees of Purdue University hereby provides notice that the parties have resolved this case and are in the process of completing the settlement documents. The parties anticipate finalizing the settlement documentation and filing dismissal papers within thirty (30) days of submission of this Notice and respectfully request that the Court stay all interim deadlines through August 17, 2020. Counsel for Plaintiff Brandon Roberts has no objection to this filing.

Dated: July 17, 2020

Respectfully submitted,

/s/ Matthew M. Humble
William P. Kealey (18973-79)
Matthew M. Humble (35259-53)
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, Indiana 47902-1010
Phone:       765.423.1561
Fax:          765.742.8175
Email:       wpk@stuartlaw.com
               mmh@stuartlaw.com
*Attorneys for The Trustees of Purdue University*

1311510